AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KLAUSNER, ROBERT G | U.S DISTRICT COURT - CA Centra | 4/22/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ○ Nomination, Date <br> ○ Initial  ● Annual  ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Royhal Federal Building <br> 255 East Temple Street #860 <br> Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only: see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## II. AGREEMENTS.  (Reporting individual only, see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | California Judges' Retirement |

FINANCIAL DISCLOSURE OFFICE

RECEIVED

MAY 4 9 40 AM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2004 | State of California - Judges' Retirement | 103,997.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLAUSNER, ROBERT G | 4/22/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American Mutual Fund | B | Dividend | L | T | | | | | |
| 2. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 3. Bank of America Common Stock | B | Dividend | K | T | | | | | |
| 4. Europathic Growth Fund | A | Dividend | L | T | | | | | |
| 5. Exxon Common Stock | A | Dividend | K | T | | | | | |
| 6. Lucent Common Stock | | None | J | T | | | | | |
| 7. PG&E Common Stock | | None | L | T | | | | | |
| 8. SBC Common Stock | A | Dividend | J | T | | | | | |
| 9. Growth Fund of America Fund | A | Dividend | L | T | | | | | |
| 10. Vodafone Group Common Stock | A | Dividend | J | T | | | | | |
| 11. Small Cap World Fund | A | Dividend | K | T | | | | | |
| 12. Bank of America Account | A | Interest | J | T | | | | | |
| 13. Fed. Courts and Records Credit Union Account | A | Interest | M | T | | | | | |
| 14. Charles Schwab Account | B | Dividend | L | T | | | | | |
| 15. First Clearing Corporation Account | A | Dividend | J | T | | | | | |
| 16. Jackson National Life Ins. | B | Interest | K | T | | | | | |
| 17. Accesspoint Co. Common Stock | | None | J | T | | | | | |
| 18. Caterpilar Inc. Common Stock | A | Dividend | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLAUSNER, ROBERT G | 4/22/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Eagle Wireless Common Stock | | None | J | T | | | | | |
| 20. Goodyear Common Stock | A | Dividend | J | T | | | | | |
| 21. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 22. Scudder Cal.Tax Free Bond | B | Dividend | K | T | | | | | |
| 23. American High-Income Muni, Bond Fund | B | Dividend | K | T | | | | | |
| 24. Bond Fund of America | A | Dividend | K | T | | | | | |
| 25. Edison International Common Stock | | None | K | T | | | | | |
| 26. TRUST "A" | E | Dividend | M | T | | | | | |
| 27. - Delphi Corp. | | | | | | | | | |
| 28. - Sempra Energy | | | | | | | | | |
| 29. - Scudder California Tax Free Fund Class A | | | | | | | | | |
| 30. - Raytheon Company | | | | | | | | | |
| 31. - Bank Deposit Program Interest All | | | | | | | | | |
| 32. - Mesa Royalty Trust UBI | | | | | | | | | |
| 33. - AT&T Corp | | | | | | | | | |
| 34. - BellSouth Corp. | | | | | | | | | |
| 35. - Edison International | | | | | | | | | |
| 36. - JP Morgan Chase & Co. | | | | | | | | | |

# FINANCIAL DISCLOSURE REPORT
## Page 3 of 3

Name of Person Reporting
KLAUSNER, ROBERT G

Date of Report
4/22/2005

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - SBC Communications Inc. | | | | | | | | | |
| 38. - Vodaphone Group | | | | | | | | | |
| 39. - Unocal Corp. | | | | | | | | | |
| 40. - American Express Co. | | | | | | | | | |
| 41. - Nuveen Calif Select Quality Mun Fund Inc | | | | | | | | | |
| 42. - Lehman Brothers Holdings, Inc. | | | | | | | | | |
| 43. - Chevron Texaco Corp. | | | | | | | | | |
| 44. - BP PLC Spons ADR | | | | | | | | | |
| 45. - Questar Corp. | | | | | | | | | |
| 46. - Newmount Mining Corp. | | | | | | | | | |
| 47. - Bank of America | | | | | | | | | |
| 48. - Exxon Mobile Corp | | | | | | | | | |
| 49. - General Motors Corp. | | | | | | | | | |
| 50. - Valero Energy Corp | | | | | | | | | |

Income Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report)

The following stocks reflected on my nomination F.D.R. were sold in December 23, 2002:

|  | Value Code | Gain Code |
|---|---|---|
| Freeport McMoran Common Stock | J | B |
| IMC Global Inc. Common Stock | J | A |
| Coca Cola Common Stock | J | B |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

KLAUSNER, ROBERT G

Date of Report

4/22/2005

VIII  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KLAUSNER, ROBERT G | 4/22/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date ___ **4-25-05** ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544